# Exhibit "A"

# Appointment Accelerator

Phreesia's Appointment Accelerator is a text message-based solution designed to fill unexpected open slots on your schedule and get patients the care they need sooner – without any work from your staff. There's no waitlist to manage and no app to download.




Reduce lost revenue due to open slots


Recapture patient no-shows by offering new appointment times


Reschedule provider-bumped patients


Improve physician utilization

## Eliminate scheduling work for your staff with Appointment Accelerator

Struggling to keep a full schedule due to last-minute cancellations and patient no-shows? Appointment Accelerator leverages AI and a custom-rules engine to automatically fill unexpected open slots in your schedule by texting clinically relevant patients.

**With Appointment Accelerator, your healthcare organization can:**

✓ Fill gaps in your schedule due to cancellations, no-shows and appointment bumps

✓ Offer patients earlier appointments with available providers

✓ Reduce lost revenue

### Key results from clients that use Appointment Accelerator:


**30 days** average time patients seen earlier


**4 out of 5 patients** value speed to care the most when scheduling


**Text up to 10 patients** for every cancellation without phone calls


**< 5 mins** to fill unexpected open slots, on average

> "To us, it's a win-win using Appointment Accelerator. When our staff doesn't have to fill an open appointment slot, it saves us a lot of time. It's making our staff more productive and improving our patient access."
>
> **–Danielle Socrates,** Director of Performance Operations, Beebe Medical Group

To learn how Phreesia's Appointment Accelerator can benefit your organization, request a demo at **phreesia.com/appointmentaccelerator**

0624 V4

# Patient Surveys

Phreesia's customizable Patient Surveys tool collects patient feedback and allows your staff to better understand your patients' experiences.



 Receive actionable insights about your patients' experiences

 Administered on a secure, private and easily accessible platform

 Drive improvements across processes and quality of care

## Real-time feedback to help you meet your patients' needs and increase satisfaction

Surveying patients through Phreesia gives your healthcare organization the tools to find out more about your patients' experience, including their thoughts about wait times or the quality of service provided by your staff. Capturing these valuable insights through online reviews allows you to identify strengths and weaknesses within your organization, better manage your online presence and learn how to enhance your business.

## The advantages of Patient Surveys

✔ Send surveys to patients, via text message or email, within 24 hours post-appointment

✔ Link patients to online review sites including Google, Yelp, Facebook, RateMDs and HealthGrades

✔ Alert staff about low review scores so they can quickly address and mitigate negative online reviews

✔ Analyze response data by patient segment for actionable patient experience improvements

## Key results from clients who use Phreesia's Patient Surveys:

 **71%** of patients use online reviews as the first step in finding a new doctor

 **56%** increase in survey completion rates when sent via text message or email

 **1 out of 4** patients complete a survey and then visit the practice's own review site

 **20%** of patients complete a post-visit survey through Phreesia



> "Patient surveys through Phreesia have helped us detect trends and given us more insight into what patients really think. They are more honest and forthcoming…rather than people saying nothing, we're getting valuable feedback that we can work on to improve their experience."
>
> – Angela Thomas, Certified Medical Assistant, CovenantCare Practices

Learn more at **Phreesia.com**

0722.V5