# Exhibit "B"

Docusign Envelope ID: CF706BE8-543D-49B2-ABEA-945C8D54BBA9



September 16, 2024

**VIA EMAIL: info@lumahealth.io**

Adnan Iqbal, CEO
Luma Health
3 East 3rd Avenue
Suite 401
San Mateo, CA, 94401

Re:     False and Misleading Representations Concerning Phreesia, Inc.

Dear Mr. Iqbal:

I am writing to you on behalf of Phreesia, Inc. ("Phreesia") to demand that Luma Health ("Luma"): (i) immediately cease and desist deceptive comparative advertising, and (ii) take the correct measures set forth below to reduce the consumer confusion created by the past violations. If Luma fails to take these actions, Phreesia is prepared to pursue all legal remedies available to protect its commercial interests.

As you know, Phreesia provides software applications to medical groups and health systems to facilitate patient intake and payment processing. Phreesia's software has been recognized for its functionality and quality, including through receipt of the Best in KLAS® Patient Intake Management Award several years in a row.

It has recently come to our attention that Luma is marketing its own patient management product by providing customers and/or prospective customers promotional materials that contain false and misleading comparisons regarding Phreesia and its products. The following image is just one example:

1

Docusign Envelope ID: CF706BE8-543D-49B2-ABEA-945C8D54BBA9





This purported comparison of Phreesia and Luma's product capabilities is wholly inaccurate and misleading. In fact, Phreesia's software offers **all** the identified features other than the "Rules Based Chatbot." These misrepresentations and omissions are likely to materially mislead reasonable healthcare service providers.

Phreesia is confident in its products and their capabilities. While Phreesia welcomes comparisons to other products, including those offered by Luma, such comparisons must be truthful and accurate.

Luma's actions entitle Phreesia to relief under various federal and state laws, including injunctive relief and monetary damages, among other remedies. Accordingly, we demand that Luma immediately withdraw from circulation and destroy any promotional materials containing false and misleading information regarding Phreesia, including the aforementioned comparison chart. We also demand that Luma immediately distribute to any third parties who received the above image (or similarly false, inaccurate, and/or misleading materials regarding Phreesia products) a corrective statement that Phreesia's product capabilities were falsely represented by Luma and providing an accurate comparison of Phreesia's true product capabilities. Finally, we demand that Luma correct any written materials it may use in the future to ensure they accurately describe Phreesia products.

It is our hope and expectation that this matter may be resolved without recourse to formal and costly legal action. Please provide written assurances no later than **September 27, 2024,** to

2



michele.delaney@phreesia.com that you have taken the requested actions or provide a timeframe for completion.

This correspondence is made without prejudice or waiver of any of Phreesia's rights or remedies. To protect the integrity of our business, we reserve the right to take all appropriate legal action if we do not receive a timely and satisfactory response.

Sincerely,

*Michele Delaney*

Michele C. Delaney
Senior Counsel


cc:     Allison Hoffman, General Counsel, Phreesia

3