# Exhibit "C"

## LaVine, Jordan

| | |
|---|---|
| **From:** | Michele Delaney <michele.delaney@phreesia.com> |
| **Sent:** | Monday, September 30, 2024 11:09 AM |
| **To:** | info@lumahealth.io; support@lumahealth.io |
| **Subject:** | FW: False and Misleading Representations Concerning Phreesia, Inc. |
| **Attachments:** | Letter Luma Re False and Misleading Representations.docx.pdf |

I am following up on the attached correspondence. Please confirm receipt and that LumaHealth is taking corrective action. We look forward to hearing from you.

**Michele Delaney**, Senior Counsel
E michele.delaney@phreesia.com   |   C 626.379.7363   |   **phreesia.com**

---

**From:** Annie Minor <Annie.Minor@phreesia.com>
**Sent:** Tuesday, September 17, 2024 7:57 AM
**To:** info@lumahealth.io
**Cc:** Allison Hoffman <ahoffman@phreesia.com>; Michele Delaney <michele.delaney@phreesia.com>
**Subject:** False and Misleading Representations Concerning Phreesia, Inc.

Please confirm receipt of the attached letter by September 27, 2024.



**Annie Minor,** Paralegal
Pronouns: she/her/hers

E annie.minor@phreesia.com   |   C 404.376.1101   |   **phreesia.com**

**Subscribe** to Phreesia Content and get the latest news and thought leadership

1