# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHREESIA, INC.<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LUMA HEALTH, INC.,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO.<br><br>**COMPLAINT** |

### PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Phreesia, Inc.

Phreesia, Inc. hereby certifies as follows:

Phreesia, Inc. is a nongovernmental corporate party.

Phreesia, Inc. has no parent corporation.

No publicly held corporation owns 10% or more of Phreesia, Inc.'s stock.

**FLASTER GREENBERG P.C.**

*/s/ signature*

By: Damien Nicholas Tancredi (DE No. 5395)

221 W. 10th Street, 4th Floor
Wilmington, DE 19801
Telephone: (215) 587-5675
Facsimile: (302) 351-1919
Damien.tancredi@flastergreenberg.com

and

**FLASTER GREENBERG, P.C.**
Jordan LaVine (*pro hac vice* forthcoming)
Eric Clendening (*pro hac vice* forthcoming)
Laura Lipschutz (*pro hac vice* forthcoming)
1717 Arch Street, Suite 3300
Philadelphia, PA 19103