## AFFIDAVIT OF SERVICE

| Case: 1:24-cv-01168-UNA | Court: United States District Court for the District of Delaware | County: N/A | Job: 12050930 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Phreesia, Inc | | **Defendant / Respondent:** Luma Health, Inc. | |
| **Received by:** S.K.U. Services, LLC | | **For:** Damien Nicholas Tancredi, Esq. of Flaster Greenberg | |
| **To be served upon:** Luma Health, Inc. | | | |

I, Sean Updegrave, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   No name given, Corporate: 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:**   Corporation, Oct 24, 2024, 12:40 pm EDT
**Documents:**   Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 24, 2024, 12:40 pm EDT at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by No name given. Other: CSC uses a touchpad system. Name and case info was added to their database and the documents were left in a bin next to the touch pad.

_____   10/25/2024
Sean Updegrave             **Date**

S.K.U. Services, LLC
925 Dickinson St #31720
Philadelphia, PA 19147
215-915-9696