# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHREESIA, INC.<br><br>       Plaintiff,<br><br>v.<br><br>LUMA HEALTH, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 1:24-cv-01168 |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

THE PARTIES HEREBY STIPULATE AND AGREE, through the undersigned counsel, and subject to the Court's approval, to the following:

1. The time for Defendant Luma Health, Inc. to answer or otherwise respond to Plaintiff Phreesia, Inc.'s Complaint (D.I. 1) is hereby extended to and including December 5, 2024.

Dated: November 7, 2024

| | |
|---|---|
| FLASTER GREENBERG, P.C. | MARTON RIBERA SCHUMANN & CHANG, LLP |
| */s/ Damien Nicholas Tancredi* | */s/ Ryan Marton* |
| Damien Nicholas Tancredi (No. 5395)<br>1007 North Orange Street, Suite 400<br>Wilmington, DE 19801<br>(302) 351-1910<br>Damien.tancredi@flastergreenberg.com | Ryan Marton<br>548 Market Street, Suite 36117<br>San Francisco, CA 94104<br>(415) 827-1712<br>ryan@martonribera.com |
| *Attorneys for Plaintiff Phreesia, Inc.* | *Attorneys for Defendant Luma Health, Inc.* |

SO ORDERED this __7th__ day of __November__, 2024.

                                                                                  _____
The Honorable Jennifer L. Hall
United States District Judge