# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHREESIA, INC., | ) |
| Plaintiff, | ) C.A. No. 24-1168-JLH |
| v. | ) **JURY TRIAL DEMANDED** |
| LUMA HEALTH, INC., | ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT OF LUMA HEALTH, INC.

Defendant Luma Health, Inc. files this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

Defendant Luma Health, Inc. is a fully owned subsidiary of LHTopCo LLC, and no publicly held corporation owns ten percent or more of the stock of Luma Health, Inc.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Ryan Marton
Phillip Haack
Marton Ribera Schumann & Chang LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel: (415) 360-2515
ryan@martonribera.com
phaack@martonribera.com

Dated: November 7, 2024
11869350 / 24585.00001

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Tyler C. Cragg (#6398)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
tcragg@potteranderson.com
mdang@potteranderson.com

*Attorneys for Defendant Luma Health, Inc.*