# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHREESIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-1168-JLH |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LUMA HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Ryan Marton and Phillip Haack of Marton Ribera Schumann & Chang LLP, 548 Market Street, Suite 36117, San Francisco, CA 94104 to represent Defendant Luma Health, Inc. in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Tyler C. Cragg (#6398)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
tcragg@potteranderson.com
mdang@potteranderson.com

Dated: November 12, 2024
11871457 / 24585.00001

*Attorneys for Defendant Luma Health, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                         _____
                                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the annual fee of $50.00

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 12, 2024      Signed: */s/ Ryan Marton*
                 Ryan Marton
                 MARTON RIBERA SCHUMANN & CHANG LLP
                 548 Market Street, Suite 36117
                 San Francisco, CA 94104
                 Tel: (415) 360-2515
                 ryan@martonribera.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the annual fee of $50.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: November 12, 2024           Signed: */s/ Phillip Haack*
                                                       Phillip Haack
                                                       MARTON RIBERA SCHUMANN & CHANG LLP
                                                       548 Market Street, Suite 36117
                                                       San Francisco, CA 94104
                                                       Tel: (415) 360-2517
                                                       phaack@martonribera.com