, IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHREESIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-1168-JLH |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LUMA HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

## SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Phreesia, Inc. and Defendant Luma Health, Inc., subject to the approval of the Court, that time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint (D.I. 1) is hereby extended to December 19, 2024.

| FLASTER GREENBERG, P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Damien Nicolas Tancredi* <br> Damien Nicolas Tancredi (No. 5395) <br> 1007 North Orange Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 351-1910 <br> Damien.tancredi@flastergreenberg.com | By: */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Tyler C. Cragg (#6398) <br> Malisa C. Dang (#7187) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> tcragg@potteranderson.com <br> mdang@potteranderson.com |
| *Attorneys for Plaintiff Phreesia, Inc.* | *Attorneys for Defendant Luma Health, Inc.* |

Dated: November 25, 2024
11898381 / 24585.00001

2

SO ORDERED this _____ day of _____, 2024.

                                                      _____
The Honorable Jennifer L. Hall
United States District Judge