**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHREESIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-1168-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| LUMA HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Phreesia, Inc. and Defendant Luma Health, Inc., subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint (D.I. 1) is hereby further extended to and including January 2, 2025.

FLASTER GREENBERG, P.C.

By: */s/ Damien Nicolas Tancredi*
Damien Nicolas Tancredi (No. 5395)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
(302) 351-1910
Damien.tancredi@flastergreenberg.com

*Attorneys for Plaintiff Phreesia, Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Tyler C. Cragg (#6398)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
tcragg@potteranderson.com
mdang@potteranderson.com

*Attorneys for Defendant Luma Health, Inc.*

Dated: December 16, 2024
11927513 / 24585.00001

SO ORDERED this _________ day of ______________, 2024.

______________________________
The Honorable Jennifer L. Hall
United States District Judge