## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHREESIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-1168-JLH |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LUMA HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

### LUMA HEALTH, INC.'S ANSWER TO COMPLAINT

Defendant Luma Health, Inc. ("Luma Health"), by its undersigned counsel, answers the Complaint of plaintiff Phreesia, Inc. ("Phreesia") as follows:

### NATURE OF ACTION

1. Luma Health admits that the Complaint purports to state a claim for false advertising under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and deceptive trade practices under Delaware's Uniform Deceptive Trade Practices Act, 6 Del. C. § 2532. Luma Health denies the rest of paragraph 1 of the Complaint.

2. Luma Health admits that it competes with Phreesia. Luma Health denies the rest of paragraph 2 of the Complaint.

3. Luma Health lacks knowledge or information sufficient to form a belief about the allegations regarding Phreesia's actions recited in of paragraph 3 of the Complaint. Luma Health denies the rest of paragraph 3 of the Complaint.

### JURISDICTION AND VENUE

4. Luma Health admits that the Court has subject matter jurisdiction over trademark claims under the Lanham Act. Luma Health admits that the Court has supplemental jurisdiction over Phreesia's claims brought under Delaware's Uniform Deceptive Trade Practices Act.

5. Luma Health admits that the Court has personal jurisdiction over it in this case.

## PARTIES

6. Luma Health lacks knowledge or information sufficient to form a belief about the truth of the allegations in of paragraph 6 of the Complaint.

7. Luma Health admits that it is a corporation organized and existing under the laws of Delaware. Luma Health admits that its principal place of business is in California.

## BACKGROUND

### Plaintiff Phreesia, Inc.

8. Luma Health lacks knowledge or information sufficient to form a belief about the truth of the allegations in of paragraph 8 of the Complaint.

9. Luma Health lacks knowledge or information sufficient to form a belief about the truth of the allegations in of paragraph 9 of the Complaint.

10. Luma Health lacks knowledge or information sufficient to form a belief about the truth of the allegations in of paragraph 10 of the Complaint.

11. Luma Health lacks knowledge or information sufficient to form a belief about the truth of the allegations in of paragraph 11 of the Complaint.

### Defendant Luma Health, Inc.

12. Luma Health admits that it competes with Phreesia and that it provides software solutions that assist with patient engagement for healthcare organizations. Luma Health admits that it was formed in 2015. Luma Health admits that it has at times described its business as follows:

> Luma was founded on the idea that healthcare should work better for all patients. Instead of a disconnected experience, where patients are forced to be their own healthcare advocates and provider teams struggle to reach their patients, every point along the care journey should be simple, seamless, and effective. Luma's Patient Success Platform™ empowers patients and providers to be successful by

connecting and orchestrating all the steps in the patient journey, along with all the operational workflows and processes in the healthcare ecosystem.

Luma Health denies the rest of paragraph 12 of the Complaint.

### Plaintiff's Allegations About Luma Health

13. Luma Health lacks knowledge or information sufficient to form a belief about the truth of the allegations in of paragraph 13 of the Complaint.

14. Luma health admits that Exhibit A to the Complaint purport to list features of Phreesia product offerings. Luma Health denies the rest of paragraph 14 of the Complaint.

15. Luma Health denies the allegations in paragraph 15 of the Complaint.

16. Luma Health denies the allegations in paragraph 16 of the Complaint.

### Plaintiff's Allegations About Its Pre-suit Activity

17. Luma Health denies the allegations in paragraph 17 of the Complaint.

18. Luma Health admits that, around September 16 or 17, 2024, Phreesia sent an email to info@lumahealth.io that attached the letter attached as Exhibit B to the Complaint. Luma health admits that the quoted language in paragraph 18 of the Complaint is recited in the letter attached as Exhibit B to the Complaint. Luma Health denies the rest of paragraph 18 of the Complaint.

19. Luma Health admits that it did not respond to the email sent on September 16 or 17 and that Phreesia sent follow-up correspondence to the info@lumahealth.io email address around September 30, 2024. Luma Health denies the rest of paragraph 19 of the Complaint.

20. Luma Health admits that Mr. Bansod is a co-founder and the Chief Technology Officer of Luma Health. Luma Health admits that Mr. Bansod took a picture of a public Phreesia display at the Meditech Live Conference in Foxborough, Massachusetts around September 25, 2024. Luma Health denies the rest of paragraph 20 of the Complaint.

### RESPONSE TO COUNT I: FALSE ADVERTISING UNDER THE LANHAM ACT (15 U.S.C. § 1125(A))

21. Luma Health repeats and realleges as if fully set forth herein its responses to the allegations in paragraphs 1 to 20 of the Complaint.

22. Luma Health admits that paragraph 22 of the Complaint recites portions of 15 U.S.C. § 1125(a). Luma Health denies the rest of paragraph 22 of the Complaint.

23. Luma Health denies the allegations in paragraph 23 of the Complaint.

24. Luma Health denies the allegations in paragraph 24 of the Complaint.

25. Luma Health denies the allegations in paragraph 25 of the Complaint.

26. Luma Health denies the allegations in paragraph 26 of the Complaint.

### RESPONSE TO COUNT II: UNFAIR COMPETITION IN VIOLATION OF THE DELAWARE UNIFORM DECEPTIVE TRADE PRACTICES ACT

27. Luma Health repeats and realleges as if fully set forth herein its responses to the allegations in paragraphs 1 to 26 of the Complaint.

28. Luma Health admits that 6 Del. C. § 2532 recites "(4) Uses deceptive representations or designations of geographic origin in connection with goods or services" and "(8) Disparages the goods, services, or business of another by false or misleading representation of fact." Luma Health denies the rest of paragraph 28 of the Complaint.

29. Luma Health denies the allegations in paragraph 29 of the Complaint.

30. Luma Health denies the allegations in paragraph 30 of the Complaint.

31. Luma Health denies the allegations in paragraph 31 of the Complaint.

32. Luma Health denies the allegations in paragraph 32 of the Complaint.

33. Luma Health denies the allegations in paragraph 33 of the Complaint.

34. Luma Health denies the allegations in paragraph 34 of the Complaint.

35. Luma Health denies the allegations in paragraph 35 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

These paragraphs set forth the statement of relief requested by Phreesia to which no response is required. Luma Health denies that Phreesia is entitled to any of the requested relief and denies any allegations contained in the Prayer for Relief to which a response is required.

Luma Health denies each and every allegation of Phreesia's Complaint not specifically admitted or otherwise responded to above. Luma Health further specifically denies that Phreesia is entitled to any relief whatsoever of any kind against Luma Health because of any act of Luma Health or any person or entity acting on behalf of Luma Health.

## DEFENSES

Luma Health hereby asserts the following affirmative and other defenses to the claims and allegations contained in the Complaint. Luma Health reserves the right to seek leave to amend this answer to the Complaint to plead other defenses and/or to supplement its existing defenses.

### First Defense – Failure to State a Claim

1. The Complaint, and each purported claim contained therein, fails to state a claim upon which relief may be granted against Luma Health, or at all.

### Second Defense – Lack of Injury

2. Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has not suffered any actual injury or damages.

### Third Defense – No Misrepresentation

3. Plaintiff's claims against Luma Health fail, in whole or in part, because Luma Health has not made any fraudulent statements or misrepresentations.

### **Fourth Defense – Lack of Causation**

4. Plaintiff's claims against Luma Health fail, in whole or in part, to the extent Plaintiff's alleged injuries and/or damages were not caused in fact or proximately caused by the acts or omissions of Luma Health.

### **Fifth Defense – Promotion of Competition**

5. As to all causes of action in the Complaint, Luma Health is not liable because all conduct by Luma Health was undertaken to advance legitimate business interests and promoted and encouraged competition.

### **Sixth Defense – No Intent to Injure or Injury to Competition**

6. As to all causes of action, Luma Health is not liable because Luma Health lacks any intent to injure competition, and no competitive injury occurred because of the conduct alleged in the Complaint.

### **Seventh Defense – No Injunctive Relief**

7. Phreesia has not suffered any irreparable injury, Phreesia has an adequate remedy at law, injunctive relief would be contrary to the public interest, and thus Phreesia is not entitled to injunctive relief.

### **Reservation of Additional Defenses**

8. Luma Health reserves any and all additional defenses available under Title 15 of the United States Code, or the rules, regulations, and law related thereto, the Federal Rules of Civil Procedure, the Rules of this Court, or otherwise in law or equity, now existing or later arising, as may be discovered.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | David E. Moore (#3983) |
| Ryan Marton | Bindu A. Palapura (#5370) |
| Phillip Haack | Tyler C. Cragg (#6398) |
| MARTON RIBERA SCHUMANN & CHANG LLP | Malisa C. Dang (#7187) |
| 548 Market Street, Suite 36117 | Hercules Plaza, 6th Floor |
| San Francisco, CA 94104 | 1313 N. Market Street |
| Tel: (415) 360-2515 | Wilmington, DE 19801 |
|  | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
| Dated: January 2, 2025 | bpalapura@potteranderson.com |
| 11962576 / 24585.00001 | tcragg@potteranderson.com |
|  | mdang@potteranderson.com |

*Attorneys for Defendant Luma Health, Inc.*