# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHREESIA, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>LUMA HEALTH, INC.,<br><br>                    Defendant. | Civil Action No. 1:24-cv-01168-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

THE PARTIES HEREBY STIPULATE AND AGREE, pursuant to this Court's November 13, 2025 Order (D.I. 89) and Paragraph 14 of the Scheduling Order (D.I. 21), through the undersigned counsel, and subject to the Court's approval, to the following:

| **Deadline** | **Original Deadline** | **Amended Deadline** |
|---|---|---|
| Date of substantial completion of document production | September 5, 2025 | March 20, 2026 |
| Close of fact discovery[1] | October 3, 2025 | April 24, 2026 |
| Rule 26(a)(2) Expert Disclosure (D.I. 21 ¶ 6.f.i) | November 7, 2025 | May 15, 2026 |
| Supplemental/ Rebuttal Expert Disclosure (*id.*) | December 19, 2025 | June 12, 2026 |
| Reply Expert Disclosure (*id.*) | January 16, 2026 | July 17, 2026 |
| Expert Discovery (*id.* at ¶ 6.f.iv) | January 30, 2026 | July 31, 2026 |
| Case Dispositive Motions (*id.* ¶ 12.a) | February 20, 2026 | August 31, 2026 |
| Pre-Trial Conference | July 13, 2026 | March 4, 2027 at 9:30 a.m. |
| Trial | July 20, 2026 | March 22, 2027 at 9:30 a.m. |

With the exception of the above amended deadlines, all other provisions of this Court's prior Scheduling Order (D.I. 21) shall remain in effect.

---

[1] As provided in the Court's November 13 Order (D.I. 89), this amended deadline is not to permit issuance of new discovery, but to allow completion of discovery propounded in accordance with the original October 3, 2025 fact discovery cut off.

Respectfully submitted,

| | |
|---|---|
| **FLASTER GREENBERG, P.C.** | **POTTER ANDERSON & CORROON LLP** |
| By: */s/ Damien N. Tancredi* <br> Damien Nicholas Tancredi (#5395) <br> 1007 North Orange Street, Suite 400 <br> Wilmington, DE 19801 <br> Tel: (302) 351-1910 <br> Damien.tancredi@flastergreenberg.com | By: */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Tyler C. Cragg (#6398) <br> Malisa C. Dang (#7187) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> tcragg@potteranderson.com <br> mdang@potteranderson.com |
| *Attorneys for Plaintiff Phreesia, Inc.* | |
| Dated: November 20, 2025 | *Attorneys for Defendant Luma Health, Inc.* |

SO ORDERED this _____ day of _____, 2025.

                                                                  _____
                                                                  The Honorable Christopher J. Burke
                                                                  United States District Judge