

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

January 8, 2026

**VIA ELECTRONIC FILING**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re: *Phreesia, Inc., v. Luma Health, Inc.*, C.A. No. 24-1168-JLH-CJB

Dear Judge Burke:

In accordance with the Court's December 8, 2025 Oral Order (D.I. 91), Defendant Luma Health, Inc. respectfully submits this joint status report on behalf of itself and Plaintiff Phreesia, Inc.

Following the Court's order, the parties conferred regarding an updated set of ESI search terms and custodians for Luma on Monday, December 22, 2025 and Wednesday, December 31, 2025. Luma provided Phreesia a hit report in advance of the December 22nd meet and confer to facilitate productive discussions. During the December 31st meet and confer, the parties agreed on the five custodians that are the subject of the supplemental ESI collection and ten search terms, with the understanding that the parties may revisit certain terms if the results include a large percentage of irrelevant documents upon review. Luma expects to begin reviewing its ESI collection based upon the agreed ESI parameters shortly and to begin a rolling production of documents to be completed no later than the March 20, 2026 date for substantial completion of document production set by the Court on November 20, 2025. (*See* D.I. 90). Luma will make its initial production on or before February 8, 2026.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/12640182

cc: Clerk of Court (via hand delivery)
Counsel of Record (via electronic mail)