**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHREESIA, INC., Plaintiff, v. LUMA HEALTH, INC., Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. 24-1168-JLH-CJB **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on March 25, 2026 upon the following attorneys of record as indicated below:

DEFENDANT LUMA HEALTH, INC.'S SECOND AMENDED SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF PHREESIA, INC.'S FIRST SET OF INTERROGATORIES (CONTAINS INFORMATION TO BE TREATED AS CONFIDENTIAL, OUTSIDE ATTORNEYS' EYES ONLY SUBJECT TO STIPULATED PROTECTIVE ORDER)

**VIA ELECTRONIC MAIL:**

Damien Nicholas Tancredi
FLASTER GREENBERG P.C.
221 W. 10th Street, 4th Floor
Wilmington, DE 19801
damien.tancredi@flastergreenberg.com

H. Matthew Taylor
FLASTER GREENBERG P.C.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Tel: (856) 290-2025
Matthew.taylor@flastergreenberg.com

Jordan A. LaVine
Eric C. Palombo
FLASTER GREENBERG P.C.
100 Front Street, Suite 100
Conshohocken, PA 19428
jordan.lavine@flastergreenberg.com
eric.palombo@flastergreenberg.com

Daniel L. Sulvetta
FLASTER GREENBERG P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Daniel.sulvetta@flastergreenberg.com

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Tyler C. Cragg (#6398)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
tcragg@potteranderson.com
mdang@potteranderson.com

*Attorneys for Defendant Luma Health, Inc.*

OF COUNSEL:

Ryan Marton
Phillip Haack
Songmee Connolly
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel: (415) 360-2515

Dated: March 25, 2026
12850468 / 24585.00001