**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHREESIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-1168-JLH-CJB |
| v. | ) | |
| | ) | |
| LUMA HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LUMA HEALTH, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Defendant Luma Health, Inc. ("Luma" or "Defendant") respectfully files this unopposed motion to request that the Court enter an order extending Defendant's response date to the April 22, 2026 Second Amended Complaint ("SAC") filed by Phreesia (D.I. 102) by fourteen (14) days from the current deadline of May 6, 2026, to the new response deadline, **May 20, 2026**.

This is Luma's first extension request to respond to the SAC. Luma's makes this request to help facilitate the parties' ongoing settlement negotiations and discussions and conserve party and judicial resources. Luma sought Phreesia's agreement to the requested extension on April 30, 2026, which Phreesia consented to later that day.

For the foregoing reasons, Luma respectfully requests that Court extend its deadline to file its response to the SAC to May 20, 2026. A proposed order is submitted herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Tyler E. Cragg (#6398)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
tcragg@potteranderson.com
mdang@potteranderson.com

*Attorneys for Defendant Luma Health, Inc.*

OF COUNSEL:

Ryan Marton
Phillip Haack
Songmee Connolly
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel: (415) 360-2515

Dated: May 1, 2026
12905861 / 24585.00001